DIVISION OF RATE COUNSEL, DEPARTMENT OF PUBLIC
ADVOCATE v. BOARD OF PUBLIC UTILITIES,
DEPARTMENT OF ENERGY.

September 16, 1980.

Petition for certification denied.

DIVISION OF RATE COUNSEL, DEPARTMENT OF PUBLIC
ADVOCATE v. BOARD OF PUBLIC UTILITIES,
DEPARTMENT OF ENERGY.

September 16, 1980.

Cross-Petition for certification granted.

LIGHTNING ELECTRIC COMPANY v. NEW JERSEY
DEPARTMENT OF TRANSPORTATION.

September 16, 1980.

Petition for certification denied.

JOHN SALORIO v. SIDNEY GLASER, DIRECTOR, DIVISION
OF TAXATION.

September 16, 1980.

Leave to appeal is granted and the matter is summarily
reversed and remanded to the Superior Court, Chancery Division, Bergen County with directions that all discovery and
pretrial proceedings be stayed pending the disposition by the
United States Supreme Court of the Application now before it.